IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCISCO PEREZ,** : | | |
| Plaintiff : | No. 1:22-cv-01087 | |
| : | | |
| v. : | (Judge Rambo) | |
| : | | |
| **SUPERINTENDENT KEVIN** : | | |
| **RANSOME, et al.,** : | | |
| Defendants | | |

**ORDER**

**AND NOW**, on this 18th day of January 2024, upon consideration of Defendant Taylor Mack ("Defendant Mack")'s motion to dismiss the complaint, filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 16) and Plaintiff Francisco Perez ("Plaintiff")'s motion seeking the appointment of counsel (Doc. No. 26), **IT IS ORDERED THAT**:

1. Defendant Mack's motion to dismiss (Doc. No. 16) is **GRANTED**, and Defendant Mack is **TERMINATED** as a Defendant from the caption of this case;

2. This action **SHALL PROCEED** against Defendant Dr. Scott Prince ("Prince") and Defendant Nurse Jane Doe 2;[1] and

3. Plaintiff's motion seeking the appointment of counsel (Doc. No. 26) is **DENIED WITHOUT PREJUDCE**.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

---

[1] The Court notes that, with respect to Defendant Prince, there is a close of fact discovery deadline of February 1, 2024, and a dispositive motions deadline of April 1, 2024. (Doc. No. 25.)